**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-7071**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

VELVET RENARD LEGRANDE, III,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. James A. Beaty, Jr., Chief District Judge. (1:98-cr-00286-NCT-2)

---

Submitted: September 16, 2008      Decided: September 24, 2008

---

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Thomas Norman Cochran, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Patrick Auld, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Velvet Renard Legrande, III, appeals the district court's order denying his motion filed pursuant to 18 U.S.C.A. § 3582(c) (West 2000 & Supp. 2008). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. LeGrande</u>, No. 1:98-cr-00286-NCT-2 (M.D.N.C. June 20, 2008). We deny LeGrande's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>